UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULISSA GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-962 |
| | § | |
| SUSAN S. SHI, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. 24); Plaintiff's response (duplicate Docs. 27 & 28); Defendant's reply (Doc. 30) and Judge Stacy's Memorandum and Recommendation (Doc. 34) that the Court grant in part and deny in part Defendant's Motion for Summary Judgment. Defendant filed objections (Doc. 35), to which Plaintiff responded (Doc. 36).

The Court reviewed, *de novo*, the Magistrate Judge's conclusions and the objections thereto and agrees that Plaintiff's claims for race discrimination, religious discrimination and retaliation should be dismissed. The Court further agrees that Defendant's Motion for Summary Judgment on the liable and slander claims should be denied. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. 34) is **ADOPTED**. It is further

**ORDERED** that Defendant's Motion for Summary Judgment on Plaintiff's claims of race discrimination, religious discrimination and retaliation are **GRANTED** and those claims are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Defendant's Motion for Summary Judgment on Plaintiff's claims of liable and slander are **DENIED**.

SIGNED at Houston, Texas, this 5th day of October, 2018.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE